

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00069-CV

**IN THE INTEREST OF S.M.G.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01207
Honorable Barbara H. Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant.

SIGNED October 3, 2018.

Sandee Bryan Marion, Chief Justice